El Pueblo, Demandante y Apelado, *v.* Estrada et al., Acusados y Apelantes.

Apelación procedente de la Corte de Distrito de San Juan, Segundo Distrito, en causa por adulteración de leche. Moción sobre corrección de autos.

No. 2232.—Resuelto en febrero 29, 1924.

Corrección de Autos—Certificación del Taquígrafo para Adicionar el Récord —Sobreseimiento.—Una certificación del taquígrafo no es el procedimiento adecuado para traer al récord de apelación una orden no incluída, por la cual la corte negó el sobreseimiento.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. A. Agosto.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

El apelante en este caso está deseoso de demostrar la actuación de la corte en respuesta a una moción para archivar la causa fundada en que no se celebró el juicio dentro de 120 días de presentada la acusación. Manifestando que el secretario omitió incluir la resolución en la transcripción, dicho apelante acompaña un certificado del taquígrafo conteniendo la orden de la corte. Hemos resuelto frecuentemente que el taquígrafo carece de facultad para certifi-

car un procedimiento a esta corte. Debe ser la corte, el secretario o los abogados, según la materia que ha de ser certificada. Véase especialmente el artículo 356 del Código de Enjuiciamiento Criminal.

Si una materia no aparece del récord en la corte inferior debe hacerse que así aparezca mediante la correspondiente solicitud.

La moción de corrección debe ser desestimada.

*Denegada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.